ROBERT HAWKINS #131159
CHAPTER 7 TRUSTEE
1849 NORTH HELM, SUITE 101
FRESNO, CALIFORNIA 93727
(559) 255-0555

Chapter 7 Trustee

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In the Matter of

LORENZO F. BASILIO, III,

Debtor.
_____/

Case No. 10-19045-A-7F
DC No. RHT-1

**TRUSTEE'S MOTION OBJECTING TO PROPERTY CLAIMED EXEMPT**

Date: November 2, 2010
Time: 2:00 p.m.
Dept: A

Robert Hawkins, Chapter 7 Trustee herein, pursuant to Federal Rule of Bankruptcy Procedure 4003(b), objects to the debtor's exemptions claimed under 11 U.S.C. §522(b)(1).

As grounds for the objection,. The Trustee objects to the debtor's election of 11 U.S.C. §522(d) because exemptions under said code section are not allowed in the state of California.

As grounds for an additional objection, the Trustee is informed and believes that there is equity over and above any claim of exemption in the debtor's assets which can and should be preserved for the benefit of the creditors of this estate.

**WHEREFORE**, the Trustee prays that an order be entered denying the debtor's claimed exemption as set out above.

**DATED**: SEPTEMBER 21, 2010

/S/
ROBERT HAWKINS,
Chapter 7 Trustee